## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 16-cr-00021** |
| **LYNELL HUGHES,** | |
| **Defendant.** | |

### MOTION TO CONTINUE DEADLINE TO RESPOND TO COURT'S ORDER

The United States of America, by and through Adam F. Sleeper, United States Attorney for the District of the Virgin Islands, and Cherrisse R. Amaro, Assistant United States Attorney, respectfully moves this Honorable Court for a continuance of the deadline set forth in the Court's March 19, 2026 Order (ECF No. 1699), which currently requires the Government to file a response on or before March 27, 2026. The Government requests that the deadline be continued to April 6, 2026. In support thereof, the Government states as follows:

1. On March 19, 2026, this Court issued an Order directing the United States to show cause as to why the Defendant's Motion for Compassionate Release (ECF 1519) should not be denied as moot, with a response due no later than March 27, 2026.

2. In the days leading up to the current deadline, the undersigned was engaged in preparing for a contested sentencing hearing before this Court in *United States v. Darin Richardson*, Case No. 3:24-cr-00008, which took place on March 26, 2026.

3. Immediately following that proceeding, the undersigned continued preparation for trial in *United States v. Masaca Creque et. al.*, Case No. 3:24-cr-00080, which is scheduled to commence on march 30, 2026, before the Honorable Robert A.

Molloy.

4. The Government anticipates that the trial will last approximately one week.

5. Due to these overlapping and time-intensive obligations, the Government requires additional time to adequately prepare and file a response to the Court's Order.

6. Accordingly, the Government respectfully requests that the deadline to respond be continued from March 27, 2026, to April 6, 2026.

WHEREFORE, the United States respectfully requests that this Court grant a continuance of the response deadline to April 6, 2026, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 27th day of March, 2026.

Respectfully submitted,

ADAM F. SLEEPER
UNITED STATES ATTORNEY

By:    /s/ *Cherrisse Amaro*
Cherrisse Amaro
Assistant United States Attorney
District of the Virgin Islands
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802
Tel. (340) 774-5757
Cherrisse.Amaro@usdoj.gov

2